**RECEIVED**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

AUG 3 0 2016  DC

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Elias Villalobos
_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Calumet City Police
officer Drasewicz #249
officer Chavez #221     } officer, Zeminki. H
SGT. URBANEX #185
officer Picicco #69

officer Guerrero #220

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

16-cv-8510
Judge John Robert Blakey
Magistrate Judge Jeffrey T. Gilbert
PC2

CHECK ONE ONLY:

[X]    **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
       U.S. Code (state, county, or municipal defendants)

[ ]    **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
       28 SECTION 1331** U.S. Code (federal defendants)

[ ]    **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. Plaintiff(s):

  A. Name: ELIAS VILLALOBOS

  B. List all aliases: ELI VILLALOBOS

  C. Prisoner identification number: #20151207009

  D. Place of present confinement: Cook County Jail

  E. Address: P.O. Box 089002 Chicago IL 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. Defendant(s):
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

  A. Defendant: Drosewicz *249

  Title: Officer

  Place of Employment: Calumet City Police Dep.

  B. Defendant: Chavez *221

  Title: Officer

  Place of Employment: Calume City Police Dep.

  C. Defendant: URBANEK *185

  Title: Sargeant URBANEK *185

  Place of Employment: Calumet City Police Dep.

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2                                                                 Revised 9/2007

III. DEFENDENTS

D.
  DEFENDENT: OFFICER PICICCO # 69
  Title: Police Officer
  Place of Employment: Calumet City Police

E.
  DEFENDENT: OFFICER GUERRERO # 220
  Title: Police Officer
  Place of Employment: Calumet City Police

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

    A. Name of case and docket number: _____N/A_____

    B. Approximate date of filing lawsuit: _____N/A_____

    C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____N/A_____

    D. List all defendants: _____N/A_____

    E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____N/A_____

    F. Name of judge to whom case was assigned: _____N/A_____

    G. Basic claim made: _____N/A_____

    H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____N/A_____

    I. Approximate date of disposition: _____N/A_____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

IV. Statement of Claim:

On May 20th, 2015, I was entertaining some guests at my home, located at 1350 Kenilworth Drive, Calumet City, IL. 60409, when out of nowhere the Calumet City Police arrived at my front door, rang my doorbell, and ordered me to open the door. When I asked them why they were here, they said that they got a call of a suspicious person with a knife in my backyard.

I explained to the Calumet City Police (CCP), that my backyard is fenced in and locked, and that there is no one suspicious in my backyard, in my house, or anywhere on my property. Since I had been harrassed in the past by CCP, the way I seen it, there was nothing more to talk about. Nobody in the house had called them. So, I asked them to please leave. Even my female guests, Danielle and Heather, asked them to leave. They said okay and turned around and left.

So, I explained to my company, that I had been harrassed by the CCP in the past, but my guests were spooked by the intrusion.

At that point, I became very nervous and anxious. (I am diagnosed and being treated for anxiety, bi-polar, seizures, and to top it off, schizophrenia.) and I am considered mentally disabled for these symptoms.

After CCP left, I began to have a panic and anxiety, schizophrenic attack. I related this to my guests and told them not to open the door for anyone; that I was not feeling well, and that I was going to my room to try to calm down. I remember that my guests were nervous, as well, but I explained to them that they had nothing to worry about, that I would be fine, and just not to open the door unless there's an emergency; CCP was just

page 5

harrassing me, as usual, and that they had no search warrant; no probable cause; and had no reason to be on my property.

At that point, my guests decided to leave, while I was in my room. I was so in my room, though, due to my episode, and trying to get myself together that I decided to go to my safe room that's in my closet crawl space in my room, where I often go when I have panic and nervous episodes, to calm myself down.

At that point, my guests had left, but as they were trying to leave, ~~but, as I later learned, that when they were trying to~~ as I later learned, through the backdoor, the CCP had jumped my gate and restrained them without cause.

From upstairs in my room, I heard some crashing and breaking of things downstairs, and after that, everything happened so fast. They, or someone, kicked my bedroom door in and commenced to look for me, as I was later told, although I don't know why. They swept the area and then came back and opened my crawl space door.

That's when I was tazed by CCP several times, and then shot twice, I believe. This all happened without cause, or being called by anyone in my home; also, without a warrant for me or anyone on the premises.

I feared for my life, even though I was in my own home. I was deathly afraid, especially after being tazed several times without question; even though resist or attack CCP in any way. I was electrocuted and even shot twice in the abdomen, although I wasn't a threat and I wasn't trying to run.

I was enclosed in this little crawl space trying to get my head together, and I could not believe that this was happening

page 5(b)

to me, especially in my own home where I thought I was safe. After I was shot, I remember screaming, "Why did you shoot me?", and then everything went black...

I woke up weeks later handcuffed to a hospital bed. I was terrified! I even thought that I might be dead, but the officer that was there in the room with me (office Fisher) told me that I was in the hospital, and that I was done wrong.

He also explained that I had been charged with two attempted murders. I didn't understand how I could have two, or any amount of, attempted murders when I didn't do anything to anybody. I was the one that was shot! Also, I was never properly charged or identified by fingerprints.

All that I remember, was being harrassed by CCP the day that I got shot; and that I was in my safe room; and then suddenly I was being tazored several times, and then, finally, shot in the stomach.

Again, I didn't do anything to an officer or anyone, for that matter.

They told me that CCP were stating that I had waived a knife at them. That never happened! I truly believe that they were trying to kill me! This incident did not need to happen. I did not pose a threat and I was on my own property minding my own business.

I had no weapons, and if they would have given me a choice or an option, to come out I would have followed their instructions. Instead, I was not given a choice. They tazored me and shot me without reason or provocation and I now have irrepairable physical, mental, psychological damage. and physiological damage as well.

V. Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like to be compensated Monetarly for them causing a emotional distress, Physical disfigurment, Bodly organs removed that causes extensive recovery etc., emotionally distress, pain Suffering, loss of time, loss of Family member. And Also I would Also like the officers Involved IN This Incident, that that has cause me so much Trauma to be Fired

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _____ day of _____, 20____

_____Elias Villalobos_____
(Signature of plaintiff or plaintiffs)

_____Elias Villalobos_____
(Print name)

_____2015 1207 009_____
(I.D. Number)

_____1350 Kennilworth Drive_____
_____Calumet City IL 60409_____
(Address)

6

Revised 9/2007

Elias Villalobos #20151267009
C.C.D.O.C.
PO Box 089002
Chicago IL 60608

Prisoner Correspondance
United States District Court
219 S. Dearborn Street
Chicago IL 60604

RECEIVED
AUG 30 2016 
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

neopost
08/26/2016
US POSTAGE $00.00⁰
ZIP 60608
041L11237877

16-cv-8510
Judge John Robert Blakey
Magistrate Judge Jeffrey T. Gilbert
PC2