[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

ELIAS VILLALOBOS

(Enter above the full name of the plaintiff or plaintiffs in this action)

vs.

2. Police Brasewicz #249
5. Chavez #221
4. Sgt Urbanek #185
1. Picicco #69
3. Guerro #220
6. Zeminski #164

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

Case No: 16-CV-8510
(To be supplied by the Clerk of this Court)

FILED RECEIVED 12/23/2016 THOMAS G. BRUTON CLERK, U.S. DISTRICT COURT

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

CHECK ONE ONLY:              AMENDED COMPLAINT

   X    COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
        U.S. Code (state, county, or municipal defendants)

        COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
        28 SECTION 1331 U.S. Code (federal defendants)

        OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]



[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I. **Plaintiff(s):**

   A. Name: __ELIAS Villalobos__

   B. List all aliases: __Eli Villalobos__

   C. Prisoner identification number: __#20151207009 / K73795__

   D. Place of present confinement: __Cook County Jail__

   E. Address: __P.O. Box 089002 Chicago IL 60608__

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

   4. A. Defendant: __Sgt Urbanek #185__

      Title: __Sargeant__

      Place of Employment: __Calumet City Police__

   2. B. Defendant: __Brosewicz #249__

      Title: __Officer__

      Place of Employment: __Calumet City Police__

   5. C. Defendant: __Chavez #221__

      Title: __Officer__

      Place of Employment: __Calumet City Police__

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

Defendents:

1. D.) Picicco #69
   Officer
   Calumet City Police

3. E.) Guerro #220
   Officer
   Calumet City Police

6. F) Zeminski #164
   Officer
   Calumet City Police



[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

    A. Name of case and docket number: N/A

    B. Approximate date of filing lawsuit: N/A

    C. List all plaintiffs (if you had co-plaintiffs), including any aliases: N/A

    D. List all defendants: Sergeant URBANEC #185, Bresewicz #249, Chouer #221, Picicco #69, Guerres #220

    E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): United States district Northern Illinois

    F. Name of judge to whom case was assigned: Judge John Robert Blakey

    G. Basic claim made: 1983 Civil Suit

    H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Still Pending

    I. Approximate date of disposition: Not Known Yet

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]



[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On May 20, 2015 at approximately 11:33 AM Officer Picicco was supposibly dispatched to a 911 call of a suspicious person with a knife in alley. This person was throwing knife into pole in Alley. Upon Arrival he said the caller told him of a domestic disturbance the couple days earlier. This is when Braswicz Arrived And they Approached 1350 Kennelworth proceeded to knock and Ring Doorbell. They The Police were told to leave by guests, But the Police said they were their to check if everyone in the house was OKAY. Still I told them that noone was calling them and everyone was fine. So At this time Another Guest Alfonso Burucki, Comes from the Back Yard And Jumps the gate they tell him they are there to make a Well being check. Alfonso Also stated that the person at the door told you to leave then At some Point He Alfonso was Restrained for No Reason. Alfonso was Put In Braswicz Car by unknown officer. Then they Jumped my gate observed a Female on back porch smoking a Cigerette

→

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]



[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Her Name was Heather P. At some point Guerro Arrived then Sargeant Urbanek Arrived and Questioned Heather by placing her in Police car. At this point Chavez and Zeminski Arrived as well with other Police units that is when Urbanek, Braswicz, Picicco and Guerro decided to make a well being check and enter my Home. Upon Entering Home Danielle Gullek came out with hands up and placed in custody. This is when they violated my rights by being on my property not Alone be in My Home. So when clearing house they kicked several No lock Apperatise doors open and then found me in Closet Crawl space. Braswicz or Guerro found me and commenced to ordering me out of a crawl space. I did have a drill (DeWalt) Now Mind you I was in this little Crawlspace and four officers are in my Closet (It Aint that Big) Appx (5x3) Braswicz, Guerro, and Urbanek Tazed me from the bed room threshhold, but I was Supposedly lunging At them with drill, Stick 3ft, and Big Knife, While I was being Tazed. Picicco shot me His Tazer did not register in the Sync, when he said he Tazed me. So All of this happened to me in My little Closet. I do not

5

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]



own a mansion for all these officers to fit! I also was not resisting just stuck in encwl space no where to run being tazed several times. It really all happened so fast the memerory is fogged but I do know that they did not have a warrent nor no probable cause to come into my house.

I believe since their was a disturbance a few days earlier they came to assasinate me, for a fact I have not committed a crime on May 20, 2015. Also, officer Chavez rode in the ambulance with me, And if they knew who I was, why did she Register me as Yanka Doe?

Officer Zeminski and other officers are just making familiar statements only to add to the cover up of an unjustified arrest, shooting almost causing my Death. Which only leaves me with pain and suffering since inricident I have had major surgery on my abdomen wich causes me to frequently Rash, not to mention my Post Tramatic Nightmares that I have been having since!

So Please Due to my Pendictment of Incarceration I am limited and not only being denied my freedom of information because State believes that somebody can have an unfare Trial. My Previous Attorneys Died, and other step in Lawyer ran off with non-earned moneys

9.

For the most Part Inconsistencys of statement with All Involved police officers

Also, Cant Produce Dispatch Communicating There is none




[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like to be compensated for All Pain, Suffering, disfigurment, Loses, All Moneys, Loss of Intestine which cause severe bowl movements, Punitive Damages, unlawful Arrest Deffermation Character, And ruining my Name with Bills

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☒ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __28__ day of __11__, 20__16__

_Elias Villalobos_
(Signature of plaintiff or plaintiffs)

_Elias Villalobos_
(Print name)

_# 20151207009_
(I.D. Number)

_C.C.D.O.C_
_P.O Box 089002_
_Chicago IL 60608_
(Address)

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## IV. Statement of Claim:

On May 20th, 2015, I was entertaining some guests at my home, located at 1350 Kenilworth Drive, Calumet City, IL. 60409, when out of nowhere the Calumet City Police arrived at my front door, rang my doorbell, and ordered me to open the door. When I asked them why they were here, they said that they got a call of a suspicious person with a knife in my backyard.

I explained to the Calumet City Police (CCP), that my backyard is fenced in and locked, and that there is no one suspicious in my backyard, in my house, or anywhere on my property. Since I had been harrassed in the past by CCP, the way I seen it, there was nothing more to talk about. Nobody in the house had called them. So, I asked them to please leave. Even my female guests, Danielle and Heather, asked them to leave. They said okay and turned around and left.

So, I explained to my company, that I had been harrassed by the CCP in the past, but my guests were spooked by the intrusion.

At that point, I became very nervous and anxious. (I am diagnosed and being treated for anxiety, bi-polar, seizures, and to top it off, schizophrenia.) and I am considered mentally disabled for these symptoms.

After CCP left, I began to have a panic and anxiety, schizophrenic attack. I related this to my guests and told them not to open the door for anyone; that I was not feeling well, and that I was going to my room to try to calm down. I remember that my guests were nervous, as well, but I explained to them that they had nothing to worry about, that I would be fine, and just not to open the door unless there's an emergency; CCP was just

page ~~4~~ 5

harrassing me, as usual, and that they had no search warrant; no probable cause; and had no reason to be on my property.

At that point, my guests decided to leave, while I was in my room. I was so in my room, though, due to my episode, and trying to get myself together that I decided to go to my safe room that's in my closet crawl space in my room, where I often go when I have panic and nervous episodes, to calm myself down.

At that point, my guests had left, but as they were trying to leave, ~~but, as I later learned,~~ that when ~~they were trying to~~ as I later learned, through the backdoor, the CCP had jumped my gate and restrained them without cause.

From upstairs in my room, I heard some crashing and breaking of things downstairs, and after that, everything happened so fast. They, or someone, kicked my bedroom door in and commenced to look for me, as I was later told, although I don't know why. They swept the area and then came back and opened my crawl space door.

That's when I was tazed by CCP several times, and then shot twice, I believe. This all happened without cause, or being called by anyone in my home; also, without a warrant for me or anyone on the premises.

I feared for my life, even though I was in my own home. I was deathly afraid, especially after being tazed several times without question; even though resist or attack CCP in any way. I was electrocuted and even shot twice in the abdomen, although I wasn't a threat and I wasn't trying to run.

I was enclosed in this little crawl space trying to get my head together, and I could not believe that this was happening

page 5(b)

to me, especially in my own home where I thought I was safe. After I was shot, I remember screaming, "Why did you shoot me?", and then everything went black...

I woke up weeks later handcuffed to a hospital bed. I was terrified! I even thought that I might be dead, but the officer that was there in the room with me (office Fisher) told me that I was in the hospital, and that I was done wrong.

He also explained that I had been charged with two attempted murders. I didn't understand how I could have two, or any amount of, attempted murders when I didn't do anything to anybody. I was the one that was shot! Also, I was never properly charged or identified by fingerprints.

All that I remember, was being harrassed by CCP the day that I got shot; and that I was in my safe room; and then suddenly I was being tazored several times, and then, finally, shot in the stomach.

Again, I didn't do anything to an officer or anyone, for that matter.

They told me that CCP were stating that I had waived a knife at them. That never happened! I truly believe that they were trying to kill me! This incident did not need to happen. I did not pose a threat and I was on my own property minding my own business.

I had no weapons, and if they would have given me a choice or an option, to come out I would have followed their instructions. Instead, I was not given a choice. They tazored me and shot me without reason or provocation and I now have irreparable physical, mental, psychological damage, and physiological damage as well.

ELIAS VILLALOBOS
#20151207009
C.C.D.O.C
P.O. BOX 089002
Chicago IL. 60608

2016 DEC -7 AM 11:30

    

∘ Prisoner Correspondance ∘

ATT: Judge John Robert Blakey ∘

CLERK OF U.S. District Court
United States Court House
219 S. Dearborn
Chicago IL. 60604


12/07/2016-19